IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JONATHAN IRWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CV-218 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, defendant's motion for summary judgment [doc. 15] is **GRANTED**. Plaintiff's unopposed motion for leave to file [doc. 12] is **GRANTED**, and his motion for summary judgement [doc. 13] is **DENIED**. This civil action is **DISMISSED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ *Patricia L. McNutt*
PATRICIA L. McNUTT
CLERK OF COURT